Elizabeth **ABDUS–SABUR**,
Plaintiff–Appellant,

v.

The **PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Gary Stevens, and Other Unknown Employees of the Port Authority of New York and New Jersey as Officers of the Port Authority of New York and New Jersey and in Their Individual Capacities, Defendants–Appellees.**

No. 03–7040.

United States Court of Appeals,
Second Circuit.

March 17, 2005.

Stephen T. Mitchell, New York, NY, for Appellant.

Milton H. Pachter (Carlene V. McIntyre, Kathleen G. Miller, Joan F. Bennett, on the brief), New York, NY, for Appellees.

Present: WALKER, Chief Judge, CARDAMONE, Circuit Judge, and OWEN, District Judge.*

**SUMMARY ORDER**

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED** that the judgment of the district court is **AFFIRMED**.

Plaintiff–Appellant Elizabeth Abdus–Sabur appeals from an order of the district court (Charles R. Wolle, *Judge*) entered on December 19, 2002, denying Abdus–Sabur's motion for a new trial following a jury verdict in favor of Defendants–Appellees.

Abdus–Sabur argues that the district court erred in excluding testimony about other Port Authority employees' complaints of racial discrimination and about

---

* The Honorable Richard Owen, United States District Judge for the Southern District of New York, sitting by designation.

how those complaints were handled. We find that the district court did not abuse its discretion in excluding testimony about other Port Authority employees' complaints of racial discrimination. We do not decide whether the district court erred in excluding testimony about how those employees' complaints were handled because we find that even if the district court erred in this regard, any such error was harmless.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**